Case: 1:22-mj-00153
Assigned To : Harvey, G. Michael
Assign. Date : 7/6/2022
Description: Complaint W/ Arrest Warrant

**STATEMENT OF FACTS**

On July 3, 2022, at approximately 0230, your affiant was working the midnight tour of duty, supervising the Focus Beat members in the areas of U St and 9th St NW, Washington, D.C.

During the course of the night, your affiant was standing at the corner of 9th ST NW and U ST NW, observing the citizens and patrons of the U ST area. I observed two males having a verbal dispute. One of the males began to walk towards me and I had reason to believe the unidentified male was in fear of his safety. The other male, later identified as Defendant Leonite Irving, tried to follow the unidentified male. I stood in between both males, in an attempt to protect the unidentified male. Defendant Irving yelled something to the effect of, "you don't want this" to the unidentified male. Defendant Irving then grabbed his own blue hoody and rustled it around.

I noticed what appeared to be the butt of a handgun sticking out of the right side of Defendant Irving's waist band. I then directed Defendant Irving to lay on the ground. Defendant Irving complied with my verbal commands.

I then voiced over the Third District Radio zone requesting assistance in the 900 block of U ST NW in reference to a weapon recovery. Officer Lynwood Thornton and Officer Dallas Frison quickly responded to the scene and placed Defendant Irving in hand-cuffs.

I then recovered a silver and black Sturm and Ruger 9MM handgun from the right waist band/hip of Defendant Irving. The firearm contained 1 round of 9MM ammunition in the chamber and 11 rounds of 9MM ammunition in a 13 round capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia, thus the firearm and ammunition in this case traveled in interstate commerce.

A criminal history check of Defendant Irving revealed that he has prior criminal felony convictions in the Superior Court for the District of Columbia, including Case No. 2018-CF3-018558, and Case No. 2015-CF2-008615, wherein he was sentenced to more than 12 months of incarceration. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

_____
SGT. KERRON ROBERTS, BADGE S-789
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 6th day of July 2022.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE